IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| NATIONAL COAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07cv49 |
| | ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. & AMERICAN INTERNATIONAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL COAL CORPORATION, | ) | |
| | ) | |
| Counterdefendant. | ) | |

## ORDER OF COMPROMISE AND DISMISSAL

Come now all parties, having complied with the Memorandum and Order of this Court entered on August 17, 2007, and announce that all matters in controversy in this case have been compromised and fully settled to the partys' satisfaction. It is accordingly,

**ORDERED**, that the cause of action filed by National Coal Corporation and the Counterclaim of National Union Fire Insurance Company of Pittsburgh, P.A. are hereby dismissed with full prejudice to the refiling of same. THIS DISMISSAL SHALL ACT

AS AN ADJUDICATION ON THE MERITS OF ALL PENDING CLAIMS. Each party shall bear their own attorneys fees and costs.

   **ENTER** this the 24th day of October, 2007.

                s/ Thomas A. Varlan
                Thomas A. Varlan, U. S. District Judge

**APPROVED FOR ENTRY:**

    /s/ John B. Dupree
John B. Dupree (BPR# 017339)
McGehee, Stewart, Cole, Dupree & Roper, P.A.
709 Market Street
Post Office Box 57
Knoxville, Tennessee 37901-0057
(865) 281-8400
Counsel for National Coal Corporation


   s/ Joseph P. Rusnak
Joseph P. Rusnak (BPR#012464)
Tune, Entrekin & White, P.C.
AmSouth Center, Suite 1700
315 Deaderick Street
Nashville, TN 37238
(615) 244-2770 Voice
Local Counsel for National Union Fire
Insurance of Pittsburgh, PA.


   s/ Michael Weiss
Leonard D. Lerner, Esquire
Lerner & Weiss
21550 Oxnard Street, Suite 1060
Woodland Hills, CA 91367
818-986-0893 Voice
Counsel for National Union Fire
Insurance of Pittsburgh, PA